# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129445(135)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                                  SC: 129445
                                                  COA: 244245
                                                  Wayne CC: 02-001674

PONCIETTA ADRIENNE EARLE,
    Defendant-Appellant.
_____/

      On order of the Court, the motion for reconsideration of this Court's order of February 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

d0424